JS6

**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAODONG FENG<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. RADEL,<br><br>Defendant. | No. 2:25-CV-02021-RGK-PVC<br><br>~~[PROPOSED]~~<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION [8]**<br><br>Honorable R. Gary Klausner<br>United States District Judge |

    Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until February 4, 2026.

    The Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of said proceedings and/or further order of this Court. All pending dates and hearings are vacated, taken off-calendar, and will be reset as necessary. Counsel shall properly motion this Court to place this action back on active status or dismiss this action well in advanced of the stay deadline. Otherwise, the stay will be lifted with a deadline set for government's answer or response to the Complaint.

Dated: April 24, 2025

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE